[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11665
Non-Argument Calendar
_____

D.C. Docket Nos. 1:14-cr-00274-KD-C-1, 1:15-cr-00079-KD-B-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL ROBERT ERSKINE,

Defendant - Appellant

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(February 27, 2018)

Before WILSON, MARTIN and JORDAN, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Michael Erskine in this direct criminal appeal, has moved to withdraw from further representation of Erskine and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Erskine's convictions and sentences are **AFFIRMED**.